```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**FORREST EUGENE HUNTER, III**                                    PLAINTIFF

       v.              Civil No. 09-5014

**SHERIFF KEITH FERGUSON;**
**CAPTAIN HUNTER PETRAY,**
**Benton County Detention Center;**
**DR. JOHN HUSKINS, Jail Doctor,**
**Benton County Detention Center;**
**NURSE MARSHA SMITH, Jail Nurse,**
**Benton County Detention Center**                                DEFENDANTS

### O R D E R

NOW on this 28th day of October, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 31), filed on September 2, 2010, to which no objections have been made.  The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and that it should be adopted *in toto*.

IT IS THEREFORE ORDERED that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

IT IS FURTHER ORDERED that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' **Motion for Summary Judgment (Doc. 23) is DENIED.**

IT IS SO ORDERED.

                                             /s/ Jimm Larry Hendren
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE