IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FORREST EUGENE HUNTER, III                                              PLAINTIFF

      v.                         Civil No. 09-5014

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY,
Benton County Detention Center;
DR. JOHN HUSKINS, Jail Doctor,
Benton County Detention Center; and
NURSE MARSHA SMITH, Jail Nurse,
Benton County Detention Center                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Forrest E. Hunter, III, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.

On November 4, 2010, a scheduling order was issued in this case (Doc. 35).  By notice dated February 23, 2011 (Doc. 36), the case was scheduled for an evidentiary hearing on Monday, April 11, 2011.  Thirty days prior to the scheduled hearing, the parties were directed to file with the Court their witness lists and their exhibits.  As Plaintiff is proceeding *pro se* and *in forma pauperis*, the Court issues and serves all subpoenas or writs.  The scheduling order directed Plaintiff to submit the following information with respect to each witness he desired to call:  name; address; identification (for example, former cell-mate), prisoner number (if witness is a prisoner and the number is known); and a very brief description of expected testimony and length of time of expected testimony.

On March 1, 2011, as a courtesy, a reminder letter was sent to the parties advising them their response to the scheduling order was due by no later than March 11, 2011.  On March 23,

-1-

2011, a show cause order was issued (Doc. 44). Plaintiff was given until March 31, 2011, to show cause why this action should not be dismissed based on his failure to obey an order of the Court and his failure to prosecute the case.

To date, the Court has received nothing from the Plaintiff. No mail has been returned as undeliverable. I therefore recommend that this case be dismissed based on Plaintiff's failure to prosecute the action and his failure to obey the orders of the Court.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of April 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)